JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 373 -- IN RE THE UNITED EMPLOYERS INSURANCE TRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/20/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, EXHIBITS A thru C, CERT. OF SERVICE -- Plaintiffs Paul and Donna Bugni SUGGESTED TRANSFEREE DISTRICT: E.D. California SUGGESTED TRANSFEREE JUDGE:  (emh) |
| 12/26/78 |  | LETTER -- from counsel for movants Bugni listing defendants in A-1 that are not served with the complaint. (rew) |
| 12/29/78 | 2 | RESPONSE -- Union Planters National Bank of Memphis, Tennessee -- w/Exhibit A and w/cert. of svc. (emh) |
| 1/2/79 | 3 | RESPONSE -- Central Trust Co., N.A. -- w/Exhibits A and B and w/cert. of svc. (emh) |
| 1/4/79 | 4 | RESPONSE -- First National Bank of Kansas City, Missouri -- w/ cert. of service and Exhibit A (cds) |
| 1/10/79 | 5 | REPLY BRIEF -- Movants Paul and Donna Bugni -- w/cert. of service and Exhibit A (cds) |
| 1/15/79 | 6 | RESPONSE -- Strauss Fuchs Organization, Inc. -- w/Exhibit A through C and cert. of service (cds) |
| 2/9/79 | 7 | ADDITIONAL REPLY w/exhibit A, cert. of svc. -- MOVANTS.(ea) |
| 2/20/79 |  | HEARING ORDER -- Setting A-1 through A-4 for hearing to be held in N.D. California on March 23, 1979 (cds) |
| 3/9/79 | 8 | LETTER -- Plaintiff Bungi -- w/Magistrates Report re A-1 and w/cert. of svc. (emh) |
| 3/16/79 |  | HEARING APPEARANCES: DAVID LAMPE, ESQ. FOR Paul and Donna Bugni; ROBERT KING, ESQ. FOR Strauss Fuchs Organization; DONALD ROSE, ESQ. FOR Central Trust Co.; J. RICHARD BUCHIGNANI, ESQ. FOR Union Planters Nat'l Bank of Memphis (cds) |
| 3/16/79 |  | WAIVER OF ORAL ARGUMENT: First Nat'l. Bank of Kansas City, Missouri (cds) |
| 3/22/79 |  | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING.(ea) |
| 3/22/79 | 9 | TELEGRAM/LETTER dated 3/21/79 -- Movants withdrawal of motion to transfer under 28 U.S.C. §1407. (ea) |
| 3/26/79 | 10 | MOTION TO WITHDRAW -- Paul L. Bugni, et al. -- w/cert. of svc. (emh) |

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 373 -- IN RE THE UNITED EMPLOYERS INSURANCE TRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Paul L. and Donna C. Bugni v. Strauss-Fuchs Organization, et al. | Cal., E. Crocker | F-78-223-Civ | | | | 3/26/79 mot. withdrawn |
| A-2 | Paul L. And Donna C. Bugni v. Central Trust Company of Cincinnati | Ohio, S. Hogan | C-1-78-711-2 | | | | 3/26/79 |
| A-3 | Paul L. and Donna C. Bugni v. First National Bank of Kansas City, Mo. | Mo., W. Collinson | 78-0906-CV-W-2 | | | | 3/26/79 |
| A-4 | Paul L. and Donna C. Bugni v. ~~Fixxxxxx~~ Union Planters National Bank of Memphis, Tenn. | Tenn., W. Brown | 78-2598 | | | | 3/26/79 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 373 -- IN RE UNITED EMPLOYERS INSURANCE TRUST LITIGATION

---

PAUL L. AND DONNA C. BUGNI (A-1 - A-4)
David R. Lampe
Borton, Petrini & Conron
1712 - 19th Street
Bakersfield, Calif.  93301

UNION PLANTERS NATIONAL BANK OF MEMPHIS, TENNESSEE
J. Richard Buchignani, Esq.
Wildman, Harrold, Allen, Dixon
  & McDonnell
1200-Union Planters Bank Building
Memphis, Tennessee  38103

THE CENTRAL TRUST COMPANY, N.A.
Donald McG. Rose
Frost & Jacobs
2900 DuBois Tower
511 Walnut Street
Cincinnati, OH  45202

STRAUSS-FUCHS ORGANIZATION, INC.
Robert E. King
King, Eyherabide, Anspach,
  Friedman & Robinson
1430 Truxtun Avenue, S. 600
Bakersfield, Calif.  93301

FIRST NATIONAL BANK OF KANSAS CITY
Lawrence M. Berkowitz, Esq.
Stinson, Mag & Fizzell
P.O. Box 19251
Kansas City, Missouri  64141

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 373 -- IN RE THE UNITED EMPLOYERS INSURANCE TRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Strauss-Fuchs Organization | A-1 |
| Old Security Life Insurance Company | A-1 |
| Central Trust Company of Cincinnati, Ohio | A-2 |
| First National Bank of Kan. City, Missouri | A-3 |
| Union Planters National Bank of Memphis, Tenn | A-4 |