DOCKET NO. 373

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE UNITED EMPLOYERS INSURANCE TRUST COMPANY LITIGATION

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

It appearing that movants desire to withdraw their motion to transfer pursuant to 28 U.S.C. §1407 the actions listed on the attached Schedule A and pending in districts other than the Eastern District of California for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Sehedule A,

IT IS THEREFORE ORDERED that the movants' request to withdraw their motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on February 20, 1979, and the schedule attached thereto be, and the ume hereby are, VACATED insofar as they relate to the above-aptioned litigation.

FOR THE PANEL:

Murry I. Gurfein
Chairman

Attachment

DOCKET NO. 373
Schedule A

| EASTERN DISTRICT OF CALIFORNIA | Civil Action No. |
|---|---|
| Paul L. Bugni, et al. v. Strauss-Fuchs Organization, et al. | F-78-223-Civ |

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Paul L. Bugni, et al. v. First National Bank of Kansas City, Missouri | 78-0906-CV-W-2 |

SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Paul L. Bugni, et al. v. Central Trust Company of Cincinnati | C-1-78-711-2 |

WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Paul L. Bugni, et al. v. Union Planters National Bank of Memphis, Tennessee | 78-2598 |